# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MICHAEL YOUNG,

    Plaintiff,

vs.

STATE OF NEVADA,

    Defendant.

Case No. 2:16-cv-00562-JAD-GWF

**ORDER**

Application to Proceed *in Forma Pauperis* (ECF No. 1) and Screening of Complaint (ECF No. 1-1)

    This matter is before the Court on Plaintiff's Application to Proceed *in Forma Pauperis* (ECF No. 1), filed on March 14, 2016. Also before the Court are Plaintiff's Motion to be Removed from Calendar (ECF No. 2) and Motion for Copy of Records (ECF No. 3), filed on April 11, 2016.

## DISCUSSION

**I.  Application to Proceed In Forma Pauperis**

    Plaintiff filed this instant action and attached a financial affidavit to his application and complaint as required by 28 U.S.C. § 1915(a). Reviewing Plaintiff's financial affidavit pursuant to 28 U.S.C. § 1915, the Court finds that Plaintiff is unable to pre-pay the filing fee. As a result, Plaintiff's request to proceed *in forma pauperis* in federal court is granted.

**II.  Screening the Complaint**

    Upon granting a request to proceed *in forma pauperis*, a court must additionally screen a complaint pursuant to 28 U.S.C. § 1915(e). Specifically, federal courts are given the authority to dismiss a case if the action is legally "frivolous or malicious," fails to state a claim upon which relief may be granted, or seeks monetary relief from a defendant/third party plaintiff who is immune from such relief.  28 U.S.C. § 1915(e)(2).

    Under Rule 8(a)(2), a pleading must contain a "short and plaint statement of the claim

showing that the pleader is entitled to relief." "[T[he pleading standard Rule 8 announces does not require detailed factual allegations, but it demands more than an unadorned, the-defendant-unlawfully-harmed-me accusation." *Ashcroft v. Iqbal*, 556 U.S. 662, 678, 129 S. Ct. 1937, 1949 (2009) citing *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544, 555, 127 S.Ct. 1955 (2007).  Mere "labels or conclusions" or a "formulaic recitation of the elements of a cause of action" will not suffice. *Id.*  Neither will naked assertions that are devoid of further factual enhancement. *Id.*

Plaintiff's one-page complaint provides the Court with no factual basis for his claims whatsoever.  Plaintiff appears to be requesting a copy of his probation file from the Nevada probation/parole department through the Freedom of Information Act. *Complaint* (ECF No. 1-1). However, Plaintiff fails to give the Court any other information.  This is simply inadequate and the Court cannot conduct a screening of Plaintiff's complaint.  Therefore, the Court will dismiss Plaintiff's complaint with leave to amend.  Plaintiff is advised that he must provide the court with a proper factual basis for his claims in his amended complaint.

If Plaintiff elects to proceed in this action by filing an amended complaint, he is informed that the court cannot refer to a prior pleading in order to make his amended complaint complete.  Local Rule 15-1 requires that an amended complaint be complete in itself without reference to any prior pleading.  This is because, as a general rule, an amended complaint supersedes the original complaint. *See Valdez-Lopez v. Chertoff*, 656 F.3d 851, 857 (9th Cir. 2011)*; see Loux v. Rhay*, 375 F.2d 55, 57 (9th Cir.1967).  Once Plaintiff files an amended complaint, the original pleading no longer serves any function in the case.  Therefore, in an amended complaint, as in an original complaint, each claim and the involvement of each defendant must be sufficiently alleged.  Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Application to Proceed *in Forma Pauperis* is **granted**.  Plaintiff shall not be required to pre-pay the full filing fee of four hundred dollars ($400.00).

**IT IS FURTHER ORDERED** that Plaintiff is permitted to maintain this action to conclusion without the necessity of prepayment of any additional fees or costs or the giving of security therefor.  This Order granting leave to proceed *in forma pauperis* shall not extend to the issuance of subpoenas at government expense.

**IT IS FURTHER ORDERED** that the Clerk of Court shall file Plaintiff's Complaint (ECF No. 1-1).

**IT IS FURTHER ORDERED** that Plaintiff's Complaint be **dismissed** without prejudice with leave to amend. Plaintiff shall have until **November 4, 2016** to file an amended complaint correcting the noted deficiencies.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to be Removed from Calendar (ECF No. 2) and Motion for Copy of Records (ECF No. 3) are **denied**.

DATED this 3rd day of October, 2016.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge