UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Michael Young,<br><br>    Plaintiff<br><br>v.<br><br>State of Nevada,<br><br>    Defendant | 2:16-cv-0562-JAD-GWF<br><br>**Order Adopting Report and Recommendation and Dismissing Case**<br><br>[ECF No. 7] |

In October 2016, the magistrate judge screened plaintiff's one-page complaint, found that it failed to state a claim, and gave plaintiff until November 4, 2016, to file an amended complaint.[1]  When plaintiff failed to file an amended complaint by that deadline, the magistrate judge gave plaintiff until November 28, 2016, to show cause why this case should not be dismissed for failure to file an amended complaint.  Plaintiff was warned that his failure to show cause in writing by that deadline would result in a recommendation to the district judge that this case be dismissed.[2]  The show-cause deadline came and went with no response by the plaintiff, and on December 8, 2016, the magistrate judge recommended that I dismiss plaintiff's complaint without prejudice for failure to prosecute this case and respond to the order to show cause.[3]

The time for filing an objection to the magistrate judge's report and recommendation has passed, and plaintiff has not sought an extension of that deadline or otherwise contacted the court.  Accordingly, with good cause appearing,

IT IS HEREBY ORDERED that **this case is DISMISSED** without prejudice.  The Clerk of Court is directed to **close this case.**

DATED: December 27, 2016

_____
Jennifer A. Dorsey
United States District Judge

---

[1] ECF No. 4.

[2] ECF No. 6.

[3] ECF No. 7.